Joseph C. **DERLETH**, Appellant,

v.

Jamie L. **DERLETH**, Respondent.

No. WD 54391.

Missouri Court of Appeals, Western District.

March 24, 1998.

Rehearing Denied April 28, 1998.

Daniel D. Lane Independence, for Appellant.

Anthony A. Stein, Kansas City, for Respondent.

Before ULRICH, C.J., P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM.

Appeal from the denial of a motion to set aside the trial court's order directing the payment of garnished funds.

Affirmed. Rule 84.16(b).